# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PURO-TEC, LTD,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| **v.** | : | **No. 18-4546** |
| | : | |
| **JAMES CAROTENUTO,** *et al.,* | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this ⟨3⟩ day of **May 2019**, upon consideration of the

Motion to Dismiss of Defendants, ARMM Architecture Associates, Inc., ARMM

Consultants, Inc., and Frank James Moore, (ECF No. 19)[1] and Plaintiff's Response

thereto (ECF No. 21), and after oral argument on April 1, 2019, and in accordance

with the Court's accompanying Memorandum, it is hereby **ORDERED** that

Defendants' Motion to Dismiss (ECF No. 19) is **GRANTED**. Plaintiff's

Complaint is **DISMISSED**. The Clerk of Court is directed to **CLOSE** the instant

matter.

**BY THE COURT:**

_____

**CHAD F. KENNEY, JUDGE**

---

[1] Defendant, James Carotenuto, joined this Motion.